**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00338-ART-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| ALFONZO LEE WOMACK, | |
| Defendant. | |

**ORDER**

Based on the pending Stipulation of counsel (ECF No. 64), and good cause appearing therefore, the Court finds that:

1. The Defense needs additional time to adequately prepare for the sentencing in the instant case.

2. The Defendant does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

IT IS FURTHER ORDERED that the Sentencing Hearing currently scheduled for the 21st day of November, 2022, at the hour of 11:00 a.m., be vacated and continued to Wednesday, November 30, 2022, at 1:00 p.m. before District Judge Traum in a Las Vegas courtroom to be determied.

DATED:  November 17, 2022

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE